IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOHN W. HARDY                                                                                  PLAINTIFF

VS.                                                                                     No. 2:05CV203-P-A

PANOLA COUNTY SHERIFF'S DEPARTMENT;
[DAVID M. BRYAN, DECEASED]/ IDA BRYAN,
INTERIM SHERIFF OF PANOLA COUNTY,
MISSISSIPPI; JAMES RUDD, UNDER SHERIFF;
CRAIG SHELEY, CHIEF DEUPTY SHERIFF;
PANOLA COUNTY BOARD OF SUPERVISORS;
JAMES BIRGE, SUPERVISOR DISTRICT ONE;
ROBERT AVANT, SUPERVISOR DISTRICT TWO;
MACK BENSON, SUPERVISOR DISTRICT THREE;
JERRY PERKINS, SUPERVISOR DISTRICT FOUR; and
WILLIAM J. WALDRUP, SUPERVISOR DISTRICT FIVE                 DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the motions by the defendants for summary judgment are hereby **GRANTED**, and judgment is hereby **ENTERED** for the defendants.

**SO ORDERED,** this the 12th day of February, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE